ordinances, to give notice, and in case the notice is not heeded to tear down the building and to revoke the building permit, *held* that the acts required to be performed are ministerial acts.

7. MANDAMUS, § 54*—*when ordinance does not make acts to building commissioner discretionary.* The mere fact that a commissioner of buildings is required by ordinance to determine whether or not certain facts exist which, by the provisions of the ordinance, require him to act, does not make the act which he is to perform discretionary.

## Mame B. Parry, Appellant, v. Henry Edward Parry, Appellee.

### Gen. No. 19,878.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICH-ARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed November 10, 1914.

### Statement of the Case.

Bill by Mame B. Parry against Henry Edward Parry for divorce, charging several acts of extreme and repeated cruelty and using indecent and profane language in complainant's presence and in the presence of her friends. The evidence was heard in open court by the chancellor and only questions of fact were involved, and the court found the issues in favor of defendant on conflicting evidence and dismissed the bill. To reverse the decree, complainant appeals.

ELLIS & LEWIS, for appellant.

J. D. WELSH and ALDEN, LATHAM & YOUNG, for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

McFarland v. George W. Jackson, Inc., et al., 189 Ill. App. 453.

Mr. Justice Smith delivered the opinion of the court.

## Abstract of the Decision.

1. Divorce, § 47*—*when finding for defendant not contrary to the evidence.* On bill filed by wife for divorce on the grounds of extreme and repeated cruelty, a finding in favor of defendant *held* not contrary to the preponderance of the evidence.

2. Trial, § 77*—*when exclusion of rebuttal evidence not erroneous.* Action of court in excluding testimony offered on rebuttal and relating to the main case made by the bill, *held* not an abuse of court's discretion.

---

## William H. McFarland, Appellee, v. George W. Jackson, Incorporated, and William H. Lotts, Appellants.

### Gen. No. 19,889.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. Benjamin W. Pope, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed November 10, 1914. Rehearing denied November 24, 1914.

## Statement of the Case.

Action by William H. McFarland against George W. Jackson, Incorporated, and William H. Lotts, for personal injuries. The plaintiff prior to and at the time of the accident, on or about February 25, 1911, was working for George W. Jackson, Incorporated, under the direction of the other defendant as foreman for the corporation.

The declaration contains three counts. Each count alleged that the defendants were moving a beam of a ton in weight by means of two dollies, or rollers,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.